## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**KIMBERLY CONNORS**                                                                                     **PLAINTIFF**

**V.**                                            **CASE NO. 2:20-CV-2217**

**MERIT ENERGY COMPANY, LLC**                                                    **DEFENDANT**

## ORDER OF DISMISSAL

Now before the Court is Plaintiff's Motion to Dismiss and Notice of Settlement (Doc. 86). In the Motion, Plaintiff advises that the parties have settled all claims. Accordingly, **IT IS ORDERED** that Plaintiff's Motion is **GRANTED** and the case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to terminate all other pending motions and close the case.

**IT IS SO ORDERED** on this 16th day of October, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE